IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD JAMES HELMS,
    Petitioner,

vs.                                      Case No. 3:10cv135/MCR/EMT

WARDEN MICHAEL BABCOCK, et al.,
    Respondents.
_____/

**O R D E R**

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) and a supporting memorandum (Doc. 2). The filing fee has been paid, the petition is in proper form, and the required number of service copies has been provided. Therefore, Respondents shall be required to respond.

    Accordingly, it is **ORDERED**:

    1.    The clerk is directed to furnish a copy of the petition, supporting memorandum, and this order to each Respondent and the United States Attorney for this District.

    2.    Respondents shall have **SIXTY (60) DAYS** from the date of docketing of this order to show cause, if any, why the relief requested should not be granted.

    **DONE AND ORDERED** this 4th day of May 2010.

                                /s/ *Elizabeth M. Timothy*
                                **ELIZABETH M. TIMOTHY**
                                **UNITED STATES MAGISTRATE JUDGE**