# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DONALD JAMES HELMS

    vs                                       Case No. 3:10cv135/MCR/EMT

MICHAEL BABCOCK, et al.

## ORDER

Petitioner's documents, "**TO: ELIZABETH M. TIMOTHY MAGISTRATE**" and "**TO: WILLIAM MCCOOL, CLERK OF COURT,**" received by clerk of court on July 22, 2010, were referred to the undersigned with the following deficiencies:

    The documents are not in proper form. Petitioner is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1). Petitioner should file a pleading or motion with a title. The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). <u>For example, if Petitioner desires additional time to comply with a court order, he should file a Motion for Extension of Time, including the basis for his request and the amount of additional time sought</u>.

    The documents do not have a certificate of service as required by Rule 5(d)(1) of the Federal Rules of Civil Procedure and Rule 5.1(D) of the Local Rules of the Northern District of Florida, certifying that a copy of the document has been served upon all other parties and specifying the date and method of such service.

For these reasons, it is **ORDERED** that:

    The submitted hard copies of the documents shall be returned to Petitioner by the clerk without electronic filing. They may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this  28th  day of July 2010.


                                    */s/ Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**