**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DONALD JAMES HELMS,
    Petitioner,

vs.                         Case No. 3:10cv135/MCR/EMT

WARDEN MICHAEL BABCOCK, et al.,
    Respondents.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 1, 2010. (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is **DISMISSED without prejudice** because the petition is not ripe for review unless and until the BOP denies Petitioner's CCF placement for more than six (6) months, and because Petitioner is required to exhaust administrative remedies if that denial actually occurs.

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 15th day of December, 2010.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**